IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § | |
| *Plaintiff*, | § § § | |
| v. | § | Case No. 2:21-cv-00432-JRG-RSP |
| BUMPERR LTD., | § § § | |
| *Defendant*. | § § | |

## ORDER

Plaintiff Whirlpool Corporation previously filed a Motion for Default Judgment and Permanent Injunction. (Dkt. No. 9.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 14), recommending granting Whirlpool's motion. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, after *de novo* review, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Whirlpool's Motion (Dkt. No. 9) is **GRANTED**. A final judgment will follow.

**So ORDERED and SIGNED this 23rd day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE